**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| 911 NOTIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWIFTREACH NETWORKS, INC., SWIFTREACH 800 SERVICES, LLC, SWIFTREACH ENS SERVICES, LLC, SWIFTREACH WHOLESALE SERVICES, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:17-CV-00074-JRG |

## ORDER

Having considered Plaintiff's Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i) (Dkt. No. 12), the Court finds that such Notice is **APPROVED** and all claims against Defendants Swiftreach Networks, Inc., Swiftreach 800 Services, LLC, Swiftreach ENS Services, LLC, and Swiftreach Wholesale, LLC (together, "Defendants") are **DISMISSED WITHOUT PREJUDICE** in the above-captioned case. It is **ORDERED** that each party shall bear its own fees and costs.

**So ORDERED and SIGNED this 17th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE